UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                         Case No. 1:22-mj-256

GERALD BENNETT,                        HON. JANE M. BECKERING

    Defendant.

_____/

## ORDER

This matter is before the Court on Defendant's Motion for reconsideration (ECF No. 12), which the Court construes as an appeal of the Magistrate Judge's decision declining to address the request for release on bond. The Court will require the government to file an expedited response to the appeal. Accordingly:

**IT IS HEREBY ORDERED** that the government shall, not later than July 29, 2022, respond to the appeal (ECF No. 12).


Dated:  July 22, 2022                                                           /s/ Jane M. Beckering
                                                                              JANE M. BECKERING
                                                                              United States District Judge