UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

GERALD BENNETT,

        Defendant.
_____/

Case No. 1:22-mj-256

Hon. Jane M. Beckering
United States District Judge

Hon. Ray Kent
United States Magistrate Judge

## **SECOND SUPPLEMENT TO EXPEDITED MOTION FOR DISTRICT COURT TO RECONSIDER MAGISTRATE JUDGE'S DECISION DECLINING TO ADDRESS DEFENDANT'S REQUEST FOR RELEASE ON BOND**

Gerald Bennett, by and through his counsel, Assistant Federal Public Defender Joanna C. Kloet, hereby files this Second Supplement in support of his Expedited Motion to Reconsider the Magistrate Judge's decision to decline to address Mr. Bennett's request for release on bond.

1. In the continuation filed in support of the Complaint, the Affiant, FBI Special Agent (SA) Aaron Bartholomew, sets forth factual allegations "unbeknownst to the trial court" on the day the state case was dismissed.

2. Specifically, in paragraphs 75 to 79, SA Bartholomew sets forth sworn allegations that Mr. Bennett "appears to demonstrate competency" in recorded jail phone calls.

3. On July 27, 2022, government counsel and law enforcement admitted to defense counsel that Mr. Bennett was not the individual on the calls, as alleged in the Complaint.

                                              Respectfully submitted,

                                              SHARON A. TUREK
                                              Federal Public Defender

Dated: July 28, 2022                    /s/ Joanna C. Kloet
                                              JOANNA C. KLOET
                                              Assistant Federal Public Defender
                                              50 Louis NW, Suite 300
                                              Grand Rapids, Michigan 49503
                                              (616) 742-7420