# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
# CRIMINAL MINUTE SHEET

| USA v. Gerald Bennett | Mag. Judge: Ray Kent |
|---|---|

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:22-mj-00256-RSK | July 28, 2022 | 3:17 - 3:23 p.m. | Grand Rapids | |

**APPEARANCES:**

| Government: Daniel Y. Mekaru / Austin J. Hakes | Defendant: Joanna C. Kloet / Helen Nieuwenhuis | Counsel Designation: FPD Appointment |
|---|---|---|

| OFFENSE LEVEL | CHARGING DOCUMENT/COUNTS | CHARGING DOCUMENT |
|---|---|---|
| Felony | Complaint | Read __ <br> Reading Waived __ |

### TYPE OF HEARING
__ First Appearance
__ Arraignment:
　__ mute 　__ nolo contendre
　__ not guilty 　__ guilty
__ Initial Pretrial Conference
__ Detention　(waived __)
__ Preliminary　(waived __)
__ Rule 5 Proceeding
__ Revocation/SRV/PV
__ Bond Violation
__ Change of Plea
__ Sentencing
✓ Other: Telephone Conference

### DOCUMENTS
__ Defendant's Rights
__ Waiver of ____
__ Consent to Mag. Judge for ____
__ Other: ____

Court to Issue:
__ Report & Recommendation
__ Order of Detention
__ Order to file IPTC Statements
__ Bindover Order
__ Order Appointing Counsel
__ Other: ____

### CHANGE OF PLEA
Guilty Plea to Count(s) ____
of the ____
Count(s) to be dismissed at sentencing: ____

Presentence Report:
　__ Ordered 　__ Waived

__ Plea Accepted by the Court
__ No Written Plea Agreement

### EXPEDITED RESOLUTION
__ Case appears appropriate for expedited resolution

### ADDITIONAL INFORMATION
Counsel appeared by telephone; defendant did not appear.

Telephone conference held to inform the Court of additional information obtained regarding the factual assertions made in paragraphs 75-79 of the continuation to the complaint (ECF No. 1).

### SENTENCING
Imprisonment: ____
Probation: ____
Supervised Release: ____
Fine: $ ____
Restitution: $ ____
Special Assessment: $ ____
Plea Agreement Accepted: __Yes __No
Defendant informed of right to appeal: __Yes __No
Counsel informed of obligation to file appeal: __Yes __No

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ ____ |

**CASE TO BE:** Set for Hearing before Mag. Judge　　**TYPE OF HEARING:** Further Proceedings

**Reporter/Recorder:** Digitally Recorded　　**Courtroom Deputy:** S. Carpenter