UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                          Case No. 1:22–mj–256

v.                                    Hon. Ray Kent

GERALD BENNETT,

        Defendant.
_____/

## **ORDER**

    The Court having been informed by counsel the motion is no longer necessary, ECF No. 16 is denied as moot.

    IT IS SO ORDERED.

Dated:  July 29, 2022                                            /s/ Ray Kent
                                                                RAY KENT
                                                                U.S. Magistrate Judge