UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                    Case No. 1:22–mj–256

v.                                 Hon. Ray Kent

GERALD BENNETT,

      Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):        Motion for Reconsideration (ECF No. 12)
Date/Time:       August 1, 2022   02:00 PM
District Judge:    Jane M. Beckering
Place/Location:   601 Federal Building, Grand Rapids, MI

*Oral argument on the Motion/Appeal.*

                                      JANE M. BECKERING
                                      United States District Judge

Dated:  August 1, 2022       By:    /s/ Rick M. Wolters
                                            Case Manager