# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN
## CRIMINAL MINUTE SHEET

**USA v.** Gerald Bennett  
**DISTRICT JUDGE:** Jane M. Beckering

| CASE NUMBER | DATE | TIME (begin/end) | PLACE | INTERPRETER |
|---|---|---|---|---|
| 1:22-mj-256 | 8/1/2022 | 2:00 PM - 3:09 PM | Grand Rapids | |

### APPEARANCES

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| Daniel Y. Mekaru / Austin J. Hakes | Joanna C. Kloet / Helen Nieuwenhuis | FPD Appointment |

### TYPE OF HEARING
- ☐ Arraignment:
  - ☐ mute    ☐ nolo contendre
  - ☐ not guilty    ☐ guilty
- ☐ Final Pretrial Conference
- ☐ Detention    (waived ☐ )
- ☑ Motion Hearing
- ☐ Revocation/SRV/PV
- ☐ Bond Violation
- ☐ Change of Plea
- ☐ Sentencing
- ☐ Trial
- ☐ Other: _____

### DOCUMENTS
- ☐ Defendant's Rights
- ☐ Waiver of Indictment
- ☐ Other: _____

Court to Issue:
- ☐ Order of Detention
- ☐ Notice of Sentencing
- ☐ Order Appointing Counsel
- ☑ Other: Opinion & Order

### CHANGE OF PLEA
Charging Document:
- ☐ Read    ☐ Reading Waived

Guilty Plea to Count(s) _____  
of the _____

Count(s) to be dismissed at sentencing: _____

- ☐ Presentence Report Ordered
- ☐ Presentence Report Waived
- ☐ Plea Accepted by the Court
- ☐ Plea Taken under Advisement
- ☐ No Written Plea Agreement

### SENTENCING

Imprisonment: _____  
Probation: _____  
Supervised Release: _____  
Fine: $ _____  
Restitution: $ _____  
Special Assessment: $ _____  

Plea Agreement Accepted: ☐ Yes ☐ No  
Defendant informed of right to appeal: ☐ Yes ☐ No  
Counsel informed of obligation to file appeal: ☐ Yes ☐ No  

Conviction Information:  
   Date: _____  
   By: _____  
   As to Count (s): _____

**ADDITIONAL INFORMATION:**  
Oral argument on the Motion/Appeal (ECF No. 12) held.

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| Remanded to USM | $ |

**CASE TO BE:**    **TYPE OF HEARING:**

**Reporter/Recorder:** Melinda Dexter    **Law Clerk** E. O'Sullivan