UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    Case No. 1:22-mj-256

    Hon. Ray Kent

GERALD BENNETT,

    Defendant.
_____/

**ORDER**

On July 13, 2022, defendant Gerald Bennett and counsel appeared before the Court, where counsel for the defendant and the government made a joint oral motion for a competency examination of the defendant. An order of commitment for psychiatric treatment was entered with the Court on that same day (ECF No. 11). On July 18th, defendant's counsel filed a motion for reconsideration by the district court of the magistrate judge's order declining to address bond (ECF No. 12). The motion having been heard by the District Judge Jane M. Beckering, and an opinion and order affirming the magistrate judge's July 13, 2022, order having been entered (ECF No. 23), it is ordered that the medical, psychiatric and/or psychological examinations of the defendant commence pursuant to § 4241(a) for the purpose of determining the defendant's competency.

    **IT IS SO ORDERED.**

Dated: August 3, 2022

    /s/ Ray Kent
    RAY KENT
    United States Magistrate Judge