UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

GERALD BENNETT,    **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

**Kidnapping of a Minor Victim**

Between on or about January 3, 2018, and on or about January 24, 2018, in Kent, Allegan, and Kalamazoo Counties, in the Southern Division of the Western District of Michigan and elsewhere, the defendant,

GERALD BENNETT,

and Quinn James and Daren Eckford unlawfully and willfully seized, confined, kidnapped, abducted, and held M.D. for reward and otherwise, and, in committing and in furtherance of the commission of the offense, used a means, facility, and instrumentality of interstate commerce, including, but not limited to, one or more of the following: Interstate Highway 96, United States Highway 131, a cellular communications network, an electronic money transfer system, and a national banking system.

M.D. was approximately sixteen years old, and the defendant, GERALD BENNETT, was approximately fifty-eight years old and was not a parent, grandparent, brother, uncle, or individual having legal custody of M.D.

18 U.S.C. § 1201(a)(1)
18 U.S.C. § 1201(g)(1)
18 U.S.C. § 2

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
DANIEL Y. MEKARU
AUSTIN J. HAKES
Assistant United States Attorneys